**TIFFANY & BOSCO**
  P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-27184/0256334004

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-25511-RTB |
| Steven C. Pugh and Deborah J. Pugh<br>        Debtors. | Chapter 7 |
| Wells Fargo Bank, N.A.<br>        Movant,<br>    vs.<br>Steven C. Pugh and Deborah J. Pugh, Debtors,<br>Robert A. MacKenzie, Trustee.<br>        Respondents. | ORDER<br><br>(Related to Docket #12) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated December 11, 2006 and recorded in the office of the Maricopa County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Steven C. Pugh and Deborah J. Pugh have an interest in, further described as:

> LOT 236, OF CROSSPOINTE VILLAGE, ACCORDING TO BOOK 273 OF MAPS, PAGE 43, AND AFFIDAVIT OF CORRECTION RECORDED OCTOBER 26, 1984, AS INSTRUMENT NO. 84-466210 AND RECORDED NOVEMBER 20, 1984, AS INSTRUMENT NO. 84-503317, RECORDS OF MARICOPA COUNTY, ARIZONA.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT